UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                              JS-6

| Case No. | ED CV 24-1969-AH(DTBx) | Date | APRIL 9, 2025 |
|---|---|---|---|

| Title | Francisco Garcia Hernandez v. DSM Nutritional Products, LLC et al |
|---|---|

| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**      ___ **In Court**      _X_ **In Chambers**      _X_ **Counsel Notified**

The case is ordered closed pursuant to the Stipulation to dismiss filed on April 3, 2025 [20].

All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)   **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk YS